# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2637 Disciplinary Docket No. 3 |
| | : | |
| JOSEPH CHRISTOPHER FRANCIS | : | Board File No. C4-19-303 |
| | : | |
| | : | (Court of Common Pleas of Cuyahoga |
| | : | County, Ohio, Case No. CR-18-633658-A) |
| | : | |
| | : | Attorney Registration No. 90815 |
| | : | |
| | : | (Washington County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of August, 2019, upon consideration of the Joint Petition for Temporary Suspension, Joseph Christopher Francis is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.